

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00040-CR

| | | |
|---|---|---|
| OSCAR TINAJERO, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13900) |
| V. | § | October 24, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's count two judgment for possessing a controlled substance. That judgment is affirmed.

This court holds that there was error in the trial court's count one judgment for fraudulent use or possession of fifty or more items of identifying information and incorporated order to withdraw funds. The fraudulent-use-or-possession judgment and incorporated order to withdraw funds are modified to delete the $25 time

payment fee and $145 of the capias warrant fee.  The bill of cost is modified in the same manner so that it assesses only $409 in total court costs.  It is ordered that the fraudulent-use-or-possession judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
Justice Dana Womack